JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH E.B., an individual,<br><br>                    Plaintiff,<br><br>           v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. 2:23-10463 ADS<br><br><br><br>JUDGMENT |

  Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings.

DATED: January 30, 2025              /s/ Autumn D. Spaeth
                                                          THE HONORABLE AUTUMN D. SPAETH
                                                          United States Magistrate Judge