STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Deborah Elizabeth Barrett

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DEBORAH ELIZABETH BARRETT,<br><br>               Plaintiff,<br><br>  -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | CASE NO.: 2:23-CV-10463-ADS |

## ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Three Thousand Seven Hundred Dollars and Zero Cents ($3,700.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney's Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

Any payment made shall be delivered to Olinsky Law Group.

So ordered.

Date: 04/30/2025        /s/ Autumn D. Spaeth
Hon. Autumn D. Spaeth
United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Tina Naicker]